ELIZABETH ALDEN, Appellant, v ONONDAGA COUNTY SHERIFF'S DEPARTMENT, Respondent.

Submitted July 30, 2007; decided September 18, 2007

Motion for reconsideration of this Court's June 12, 2007 dismissal order denied [*see* 8 NY3d 1017].

Judge PIGOTT taking no part.